UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

ROBERT GERALD STEWART, )
 )
    Plaintiff, )
 )  Civil No. 7:21-cv-00061-GFVT
V. )
 )
KILOLO KIJAKAZI, )  **JUDGMENT**
Acting Commissioner of Social Security, )
 )
    Defendant. )

\*\*\* \*\*\* \*\*\* \*\*\*

In accordance with Rule 58 of the Federal Rules of Civil Procedure and pursuant to sentence four of 42 U.S.C. § 405(g), it is hereby **ORDERED** as follows:

1. The administrative decision of the Commissioner of Social Security is **AFFIRMED** and Judgment is **ENTERED** in favor of the Social Security Administration with respect to all issues raised herein;

2. This is a **FINAL** and **APPEALABLE** Judgment and there is no cause for delay;

3. All issues properly raised herein having been resolved, this action is **DISMISSED** with prejudice; and

4. This matter is **STRICKEN** from the Court's active docket.

This the 22d day of June, 2022.



Gregory F. Van Tatenhove
United States District Judge